**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **HOSEA ALLEN,** | : | |
| | : | |
| **Petitioner** | : | |
| | : | **5:04-CR-84** |
| **v.** | : | **5:07-CV-4** |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Respondent** | : | |

**ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation (Doc. 68) to deny Petitioner's motion to vacate his sentence (Doc. 63). Having carefully considered the Recommendation, and there being no objection thereto, the Recommendation is ADOPTED and the Motion to Vacate is DENIED.

**SO ORDERED this 6th day of September, 2007.**


_s/  Hugh Lawson_____
**HUGH LAWSON**
**UNITED STATES DISTRICT JUDGE**